# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                      MAGISTRATE JUDGE'S DOCKET
                                NO. 2003M0465-RBC

GARY JOSEPH MILO,
        Defendant.

## *ORDER PURSUANT TO RULE 5.1, FED.R.CRIM. P.*

COLLINGS, U.S.M.J.

    The defendant appeared with counsel on December 22, 2003. At that time, after being fully informed of his rights, the defendant waived his right to a preliminary examination pursuant to Rule 5.1, Fed.R. Crim. P.

    Accordingly, pursuant to Rule 5.1(a), Fed.R. Crim. P., it is ORDERED that the defendant be, and he hereby is, held to answer in the District Court.

    Pursuant to Rule 5.1(c), Fed.R. Crim. P., all papers in the above-styled

case are TRANSMITTED herewith to the District Court.

/s/ Robert B. Collings
_____ROBERT B. COLLINGS
United States Magistrate Judge

Date:  December 22, 2003.