℗ AO 199A    (Rev. 6/97) Order Setting Conditions of Release                    Page 1 of  5 ____ Pages

# UNITED STATES DISTRICT COURT

**District of** _____ Massachusetts _____

| | |
|---|---|
| United States of America<br><br>V.<br><br>Gary Milo<br>_____<br>Defendant | **ORDER SETTING CONDITIONS**<br>**OF RELEASE**<br><br>Case Number:    03mj0465 RBC |

IT IS ORDERED that the release of the defendant is subject to the following conditions:

   (1)  The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

   (2)  The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

   (3)  The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____

                                            Place

_____ on _____
                                                       Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(     ) (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($ _____ ) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:  COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.

GARY JOSEPH MILO.

MAGISTRATE JUDGE'S DOCKET
NO. 2003m0465RBC

## *ORDER*
## *SETTING CONDITIONS OF RELEASE*

COLLINGS, U.S.M.J.

After hearing, the Court finds that there is a combination of conditions

of release which will reasonably assure the appearance of the defendant and

the safety of other persons and the community. Accordingly, the Court sets the

following Conditions of Release:

(1)    The defendant, his mother, Sally Milo, and his sister, Sandra Milo shall execute a $100,000 bond secured by the equity in the premises at 11 Church Street, Unit #318, Salem, Massachusetts and 3414 Pompano Beach, Florida.

(2)    Proof of the recording of the mortgages on the two properties in favor of the United States shall be filed with the Clerk of this Court

while on release, including the provisions of 18 U.S.C. §§ 1503, 1512 and 1513.

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

Date: December 22, 2003.

AO 199C    (Rev.6/97) Advise of Penalties . . .                                    Page 5    of    5    Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3)  any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4)  a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

9 Woodbury Lane
_____
Address

Rockport, MA                        974 546 2739
_____
City and State                    Telephone

## Directions to United States Marshal

( x )  The defendant is ORDERED released after processing.
(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _____ December 23, 2003 _____        _____
                                                        Signature of Judicial Officer

Deputy Clerk
_____
Name and Title of Judicial Officer

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL