# UNIT DEED

**GRANTOR:** Sally A. Milo, Trustee of the Trent Realty Trust, under Declaration of Trust Dated January 19, 2000 and recorded with Essex Deeds in Book 16165, Page 303, of 11 Church Street, Unit #318, Salem, Massachusetts

**GRANTEE:** United States of America
C/O Clerk United States District Court, District of Massachusetts
One Courthouse Way
Boston, Massachusetts

**UNIT POST OFFICE ADDRESS:** 11 Church Street, Unit #318
Salem, Massachusetts

**CONSIDERATION:** Pursuant to the terms and conditions of a certain Escrow Agreement dated December 23, 2003 between Grantor and Michael J. Sullivan, United States Attorney for the District of Massachusetts.

**The land with the buildings thereon situated in Salem, Essex County, MA known and being numbered 11 Church Street, Unit #318:**

**Being Unit 318 in The Essex Condominium created by Master Deed dated July 17, 1989 and recorded with Essex South District Registry of Deeds in Book 10169, Page 84, as amended.**

**Said Unit is conveyed together with 0.677% percentage interest.**

**The above descerbed premises are conveyed subject to and with benefit of all covenants, conditions, restrictions, easements, liens for assessments, options, powers of attorney, and limitations on title, created by the laws of the state of the premises or set forth in the Master Ded or Declaration of Condominium, in the related By-Laws, in the Declaration of Trust, or Site Plans and Floor Plans as duly recoded in the appropriate land records office and as the same may have lawfully amended.**

**The above described premises are conveyed subject to and with the benefit of all rights, rights of way, easements, appurtenances, reservations, restrictions, and layouts and takings of records, insofar as they are in force and applicable.**

**Meaning and intending to mortgage the same premises by deed of Sally A. Milo to Sally A. Milo, Trustee of the Trent Realty Trust, dated 01/19/2000 and filed with the Essex South District Registry of Deeds at Record Book 16165, Page 307; where in a more detailed description of the premises is set forth.**

**EXECUTED UNDER SEAL THIS 23rd DAY OF DECMEBER, 2003.**

_____
SALLY A. MILO, TRUSTEE

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS

On DECEMBER 23, 2003 then personally appeared SALLY A. MILO acknowledged the foregoing to be her free act and deed before me.

_____
John H. Brazilian
NOTARY PUBLIC
My Commission Expires: 11/04/2005