## QUITCLAIM DEED

**GRANTOR:** Sandra A. Milo, Trustee of the Paloma Realty Trust, Under Declaration of Trust Dated March 5, 2003 and recorded with Broward County Commission in Book____, Page _____, of 3414 Dover Road, Pompano Beach, Florida

**GRANTEE:** United States of America
C/O Clerk United States District Court, District of Massachusetts
One Courthouse Way
Boston, Massachusetts

**UNIT POST OFFICE ADDRESS:** 3414 Dover Road
Pompano Beach, Florida

**CONSIDERATION:** Pursuant to the terms and conditions of a certain Escrow Agreement dated December 23, 2003 between Grantor and Michael J. Sullivan, United States Attorney for the District of Massachusetts.

Lot 19, Block 6 of the Hillsboro Shores Section A, according to the Plat thereof as recorded in Plat Book 21, Page 14 of the Public Records of Broward County, Florida.

**EXECUTED UNDER SEAL THIS 23rd DAY OF DECMEBER, 2003.**

_____
SANDRA A. MILO, TRUSTEE

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, SS

On DECEMBER 23, 2003 then personally appeared SANDRA A. MILO acknowledged the foregoing to be her free act and deed before me.

_____
John H. Brazilian
NOTARY PUBLIC
My Commission Expires: 11/04/2005