IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SEALED

UNITED STATES OF AMERICA

v.

DOCKETED

GARY MILO

) 
) 
) 
)             MJ No. 03-0465-RBC
) 
) 

**Filed Under Seal**

**JOINT MOTION TO AMEND CONDITIONS OF RELEASE**

The United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang, Assistant United States Attorney, and the defendant, Gary Milo ("Milo"), by counsel, hereby jointly request that this Court amend the conditions of the defendant's release as requested below. In support of this motion, the parties state as follows:

1. Milo is currently on pretrial release and is subject to the supervision of Pretrial Services;

2. The parties jointly request that Milo's conditions of supervised release be amended and that, in lieu of Pretrial Services' supervision, Milo be supervised by Drug Enforcement Administration Special Agent Gregg Willoughby; and

3. The parties jointly request that the amended condition of supervision continue, if effected, until further Order of the Court.

Accordingly, the parties jointly move this Court to enter an order (under seal) in the form attached hereto, or a similar order in the discretion of the Court.

DOCKETED

JAN - 2 2004

Respectfully submitted,

GARY MILO                                MICHAEL J. SULLIVAN

United States Attorney

By: _Robert Sheketoff_                   By: _Rachel Hershfang_
ROBERT L. SHEKETOFF, ESQ.                    RACHEL HERSHFANG
                                             Assistant U.S. Attorney
                                             (617) 748-3249

Dated: January 2, 2004

2