IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**SEALED**

UNITED STATES OF AMERICA       )
                            )
      v.                 )
                            )     MJ No. 03-0465-RBC
GARY MILO                )
                            )

## Filed Under Seal

## MOTION TO SEAL

The United States, by its attorneys, Michael J. Sullivan,
United States Attorney, and Rachel E. Hershfang, Assistant United
States Attorney, hereby asks that Court seal the motion filed
herewith (to amend the conditions of the defendant's release), this
motion, the Court's ruling on the motions, and any related
documents. In support of this motion, the government states that
public disclosure of these materials would interfere with a pending
investigation and therefore, that sealing is in the interests of
justice.

**DOCKETED**

JAN - 2 2004
ALLOWED

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney


By: _____
RACHEL E. HERSHFANG
Assistant U.S. Attorney
(617) 748-3249

Dated: January 2, 2004

**DOCKETED**

