IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) MJ No. 03-0465-RBC |
| GARY MILO | ) |
| | ) |

**Under Seal**

**ORDER AMENDING CONDITIONS OF RELEASE**

Upon motion by the parties, the Court finds as follows:

1. The defendant and the United states seek to amend the defendant's conditions of supervised release so as to transfer supervision from Pretrial Services to the Drug Enfocement Administration; and

2. There is no prejudice to the defendant thereby.

The Court therefore ORDERS as follows: the conditions of the defendant Gary Milo's release shall be amended to reflect that he be supervised by DEA Special Agent Gregg Willoughby, in lieu of Pretrial Services, until further Order of the Court. The remaining conditions of supervised release shall remain in full force and effect. *The Government shall notify the Court immediately when it is no longer necessary that the defendant be in DEA's custody*

So ordered.

_____
Robert B. Collings
United States Magistrate Judge

Dated: January 2, 2004

1

**DOCKETED**