IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   MJ No. 03-0465-RBC |
| GARY MILO | ) |
| | )   ~~FILED UNDER SEAL~~ |



**JOINT MOTION TO AMEND CONDITIONS OF RELEASE**

The United States, by its attorneys, Michael J. Sullivan, United States Attorney, and John A. Wortmann, Jr., Assistant United States Attorney, and the defendant, Gary Milo ("Milo"), by his undersigned counsel, hereby jointly request that this Court amend the conditions of the defendant's pretrial release to permit him to travel to the District of Arizona during the week of January 19, 2004 with representatives of the DEA in order to pursue proactive cooperation in ongoing investigatory matters as provided for in this court's prior order. In all other respects, the defendant's conditions of release will remain unchanged.

Because of the nature of this motion the parties also request that it be placed under seal.

Respectfully submitted,

GARY MILO                          MICHAEL J. SULLIVAN
                                   United States Attorney

By: /s/ Robert L. Sheketoff        By: /s/ John A. Wortmann, Jr.
ROBERT L. SHEKETOFF, ESQ.          JOHN A. WORTMANN, JR.
(617) 367-3449                     Assistant U.S. Attorney
                                   (617) 748-3207

Dated: January 13, 2004

DOCKETED