```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )  No. 04-CR-10054-NG
                         )
                         )  VIOLATION:
                         )  21 U.S.C. § 846 -
     v.                  )  Conspiracy to Possess
                         )  With Intent to Distribute
1. GARY MILO,            )  And to Distribute Marijuana
                         )
         Defendant.      )

### INFORMATION

**COUNT ONE:**  (21 U.S.C. § 846 - Conspiracy to Possess With Intent To Distribute and to Distribute Marijuana)

The United States Attorney charges that:

From a date unknown, but no later than May, 1999, and continuing until on or about November 21, 2003, at Boston and North Reading, and elsewhere, in the District of Massachusetts, and elsewhere,

**1. GARY MILO**

defendant herein, knowingly and intentionally combined, conspired, and agreed with others known and unknown, to possess with intent to distribute and to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled



substance.  Accordingly, Title 21, United States Code, Section 841(b)(1)(A) is applicable to this Count.

All in violation of Title 21, United States Code, Section 846.

## CRIMINAL FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of committing the offense alleged in Count One of this information, in violation of 21 U.S.C. §846 and 841(b)(1)(A) (conspiracy to possess with intent to distribute and to distribute marijuana):

**1. GARY MILO,**

defendant herein, if convicted, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense.

All in accordance with Title 18, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

> MICHAEL J. SULLIVAN
> United States Attorney
>
> By:
>
> _____
> RACHEL E. HERSHFANG
> JOHN A. WORTMANN, JR.
> Assistant U.S. Attorney

Dated: February 17, 2004

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet        U.S. District Court - District of Massachusetts**

**Place of**           **Category** __II__                                     __DEA__

**City** __North Reading, Boston__   **Related Case Information:**   __04-cr-10054-NG__

**County** __Middlesex, Suffolk__   Superseding Ind./                Case No. _____
                                    Same                             New
                                    Magistrate Judge Case   __03-0465-RBC__
                                    Search Warrant Case    _____
                                    R 20/R 40 from         _____

**Defendant Information:**

Defendant   __Gary Joseph Milo__                    Juvenile:   ☐ Yes    X No

Alias Name   _____

Address      _____

Birthdate: _____ SS _____ Sex __M__ Race _____ National _____

**Defense Counsel if**   __Robert Sheketoff__    Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA __Rachel Hershfang, John Wortmann__   Bar Number if _____

**Interpreter:** ☐ Yes   X No     List language and/or _____

**Matter to be SEALED:**   X Yes   ☐ No

   ☐ Warrant            X  Regular            ☐  In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence
X On Pretrial   Ordered   __Judge Collings__   _____

**Charging**         Complaint      X  Information      ☐ Indictment

**Total # of**     ☐ Petty _____    ☐ Misdemeanor _____    X Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before accurately set forth above.

Date __February 20, 2004__   Signature of __[signature]__
                             Assistant U.S. Attorney

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by _____)

**Name of** _____ Gary Joseph Milo

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | conspiracy to possess with intent to distribute and to distribute more than 1000kilograms of marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

milo js45 mts awar.wpd - 2/7/02