IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Cr. 04-cr-10054-NG |
| v. | ) |
| | ) MJ No. 03-0465-RBC |
| GARY MILO | ) |
| | ) |

**Filed Under Seal**

**MOTION TO SEAL INFORMATION**

The United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang, Assistant United States Attorney, hereby asks that Court seal the Information, this motion, the Court's ruling on the motions, and any related documents. In support of this motion, the government states that public disclosure of these materials would interfere with a pending investigation and therefore, that sealing is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

By: /s/ Rachel E. Hershfang
RACHEL E. HERSHFANG
Assistant U.S. Attorney
(617) 748-3249

Dated: February 17, 2004