UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 04-10054-NG |
| ) | |
| GARY M. MILO, ) | |
| Defendant. ) | |

## ASSENTED TO MOTION TO AMEND CONDITIONS OF RELEASE

The Defendant Gary M. Milo moves for leave to amend the terms and conditions of the Court's order setting Conditions of Release dated December 22, 2003.

Pursuant to said Order, Defendant executed a $100,000 bond secured by equity in real estate located at 11 Church Street, Unit 318, Salem, Massachusetts and 3414 Dover Road, Pompano Beach, Florida.

Defendant now wishes to refinance the Florida property which presently has first and second mortgages superior to the $100,000 security mortgage held by the United States District Court, District of Massachusetts. The remaining principal balances of the first and second mortgages are $275,693.85 and $42,130.63, respectively. Defendant wants to consolidate and replace said mortgages with a first mortgage at a more reasonable rate in the principal sum of $342,000 (an increase of $24,175.32). The lender requires the existing mortgage to United States District Court to be discharged and replaced with a new mortgage to be recorded immediately after the new first mortgage.

WHEREFORE, Defendant respectfully requests the Court to amend the Conditions of Release so as to permit the refinance, as aforesaid.

GARY M. MILO
By his attorneys,

*RLS*

Robert L. Sheketoff
B.B.O. 457340
One McKinley Square
Boston, MA 02109
(617) 367-3449

John H. Brazilian
B.B.O. # 054980
Butters Brazilian, LLP
One Exeter Plaza
Boston, MA 02116
(617) 367-2600

Dated: April 28, 2004

The above Motion is hereby assented to:
UNITED STATES OF AMERICA

By_____
    John A. Wortman, Jr.
    Assistant United States Attorney

### CERTIFICATE OF SERVICE

I hereby certify that the above-referenced document was served upon John A. Wortman, Jr., Assistant United States Attorney, United States Attorney's Office, One Courthouse Way, Boston, Massachusetts, 02210, by delivery in hand, on this date.

_____
John H. Brazilian