| JUDGE/MAG. CODE: 0131 | CRIMINAL COURTNOTE FORM (TRIAL AND DISPOSITION) | DATE COMPLETED: 4/29/04 |
|---|---|---|
| DOCKET NO.: 04-10054 | | CLERK: Molloy |
| AUSA: Hershfang | ~~SEALED~~ | REPORTER: Hagopian |
| DEFENDANT(s) NAME(s): Milo, Gary | | DEFENSE COUNSEL: Sheketoff |

**TRIAL**

| TYPE ☐ JURY ☐ COURT JUDGEMENT | ☐ MAGISTRATE ☐ BENCH | ON COUNTS ___ ☐ BEGINS ☐ HELD ☐ ENDS DATE / / | | TRIAL CONTINUED TO / / TIME: |
|---|---|---|---|---|
| ☐ JURY VERDICT | CONVICTED ON COUNTS ___ | | COUNTS ___ | MISTRIAL DECLARED ON CTS ___ |
| ☐ COURT JUDGEMENT | ACQUITTED ON COUNTS | | TO BE DISMISSED | DATE / / |

~~DISPOSITION~~

| ☑ HELD ☐ SET FOR ☐ RESET FOR | DATE 4/29/04 (TIME ) |
|---|---|

**NOTES**

Arr'g held on Sealed Information

Dft sworn:

"Waiver of Appeal" Accepted

- Waiver of Indictment f. in open court.

- Plea Agreement f. in open court

Plea of Guilty on Count 1 of an Information.

Plea accepted.

Imposed by J. Collings
Conditions of Release remain the same, dft Released.

SENTENCING SET FOR 10/13/04 2:30 pm

**DOCKETED**

Form CR Ø2-USA 38-1    White - "Courtran"  Yellow - "U.S. Attorney"  Pink - "Courtroom Deputy"  Gold - "Defense Counsel"    Trial Courtnote Form