AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

GARY MILO

WAIVER OF INDICTMENT

CASE NUMBER: 04-10054

I, __GARY MILO__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/29/04__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

~~SEALED~~

_____
Defendant

_____
Counsel for Defendant

Before _____ 4/29/04
Judicial Officer

DOCKETED