

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.     Cr. No. 04-10054-NG
       **FILED UNDER SEAL**

GARY MILO

FILED
Clerk's Office
USDC, Mass.
Date 5/11/04
By
Deputy Clerk

**MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE**

Now comes the defendant Gary Milo and respectfully moves this Honorable Court to modify his conditions of pre-trial release to permit him to live with his sister in her Florida residence, an address known to the DEA. This requested move is based on the fact that his business is located in Florida. He would travel back to Boston for all court or court related appearances and at the request of the government or the DEA to further his cooperative efforts. The defendant has been released to the custody of the DEA. Both the government and the DEA concur in this requested modification.

The defendant would abide by the additional requirement requested by the DEA that he maintain phone contact with them.

Respectfully submitted,

Robert L. Sheketoff
One Mckinley Sq.
Boston, MA 02109
(617) 367-3449
BBO # 457340

**CERTIFICATE OF SERVICE**

I, Robert L. Sheketoff, hereby certify that I have served a copy of the foregoing on AUSA Rachel E. Hershfang, United States Courthouse, 1 Courthouse Way, Boston, MA 02210 by hand this 11th day of May, 2004.

Robert L. Sheketoff

DOCKETED

36