IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) No. 04-10054-NG
GARY MILO )
)

**Filed Under Seal**     SEALED

**MOTION TO SEAL**

The United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang, Assistant United States Attorney, hereby asks that Court seal the motion filed herewith (to amend the conditions of the defendant's release), this motion, the Court's ruling on the motions, and any related documents. In support of this motion, the government states that public disclosure of these materials would disclose the defendant's cooperation, exposing him to possible threats or injury, and therefore, that sealing is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

By: /s/ Rachel E. Hershfang
RACHEL E. HERSHFANG
Assistant U.S. Attorney
(617) 748-3249

Dated: January 12, 2005

DOCKETED

41