IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 04-10054-NG |
| GARY MILO | ) |
| | ) |

**Filed Under Seal**

**JOINT MOTION TO AMEND CONDITIONS OF RELEASE**

The United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang, Assistant United States Attorney, and the defendant, Gary Milo ("Milo"), by counsel, hereby jointly request that this Court amend the conditions of the defendant's release as requested below. In support of this motion, the parties state as follows:

1. Milo is currently on pretrial release and is subject to the supervision of DEA Special Agent Gregg Willoughby;

2. The parties jointly request that Milo's conditions of supervised release be amended and that, in lieu Special Agent Willoughby's supervision, Milo be supervised by Pretrial Services; and

3. The parties jointly request that the amended condition of supervision continue, if effected, until further Order of the Court.

Accordingly, the parties jointly move this Court to enter an order (under seal) in the form attached hereto, or a similar order

DOCKETED

in the discretion of the Court.

|  |  |
|---|---|
| GARY MILO | Respectfully submitted,<br>MICHAEL J. SULLIVAN<br>United States Attorney |
| By: /s/ Robert L. Sheketoff<br>ROBERT L. SHEKETOFF, ESQ. | By: /s/ Rachel Hershfang<br>RACHEL HERSHFANG<br>Assistant U.S. Attorney<br>(617) 748-3249 |

Dated: January 12, 2005