

# MEMORANDUM

**To:**   Honorable Nancy Gertner

**cc:**   Rachel Hershfang, AUSA

Robert Sheketoff, Esq

**From:**   Lisa A. Dubé, U.S. Probation Officer

**Re:**   Gary Milo, Dkt #04-10054

**Date:**   January 30, 2006

The sentencing for the above-mentioned defendant is currently scheduled for February 16, 2006. The writer did not learn of the scheduling date until Monday, January 23. Since the assignment of the report, the writer has transferred to the Supervision Unit of the Probation Office. In addition, a considerable time has elapsed since the defendant was first interviewed and the first disclosure of the report has not been disclosed to the parties. Based on this, the Probation Office would respectfully request that the sentencing be scheduled on or after the week of 3/20/06.