UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>GARY MILO,<br>        Defendant. | )<br>)<br>)<br>)<br>) CRIMINAL NO. 04-10054-NG<br>)<br>)<br>)<br>) |

**PRELIMINARY ORDER OF FORFEITURE AND MONEY JUDGMENT**

**GERTNER, D.J.,**

WHEREAS, On or about February 17, 2004 a one-count Information was filed charging the defendant Gary Milo (the "Defendant") with the following violation: Conspiracy to Possess With Intent To Distribute and to Distribute Marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 21 U.S.C. §846 (Count One);

AND WHEREAS, the Information also contained a Criminal Forfeiture Allegation, in which, as a result of the Defendant's commission of the offense alleged in Count One of the Information, and pursuant to 21 U.S.C. §853, sought the forfeiture of: (1) any and all property constituting or derived from any proceeds the Defendant obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and/or to facilitate the charged offenses;

AND WHEREAS, on or about April 29, 2004, the Defendant, pursuant to a written plea agreement, entered a plea of guilty to

Count One of the Information. In the plea agreement, the Defendant agreed to forfeit to the United States any and all assets subject to forfeiture, pursuant to 21 U.S.C. §853;

ACCORDINGLY, it is hereby ORDERED, ADJUDGED and DECREED:

1. Based on the Defendant's guilty plea and the written plea agreement, the United States' Motion for Entry of a Preliminary Order of Forfeiture and Money Judgment in the amount of $9,967,500 against the Defendant is ALLOWED.

2. Pursuant to 21 U.S.C. §853(m) and Rule 32.2(b)(3), the United States is hereby authorized to conduct discovery in order to facilitate the identification and location of any and all assets subject to forfeiture, as a result of the Defendant's guilty plea.

3. In the event that additional assets are identified which are subject to forfeiture pursuant to 21 U.S.C. §853, the United States will seek an amended Preliminary Oder of Forfeiture and Money Judgment.

4. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, this money judgment shall become final as to the Defendant at the time of sentencing, or at any time before sentencing if the Defendant consents, and must be made a part of the sentence and included in the judgment.

5.  This Court shall retain jurisdiction to enforce this order and to amend it as necessary pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

NANCY GERTNER
United States District Judge

Date: 3/6/06