UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10054-NG |
| ) | |
| GARY JOSEPH MILO ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as counsel for the United States in the above-captioned matter for the purposes of receiving ECF Notices.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: /s/Jennifer H. Zacks
    JENNIFER H. ZACKS
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3100

Date: March 7, 2006