```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3
 4
 5    UNITED STATES        )   CR. NO. 04-10054-NG
 6    VS.                  )   COURTROOM NO. 2
 7    GARY JOSEPH MILO     )   1 COURTHOUSE WAY
 8                             BOSTON, MA  02210
 9
10
11                     FINDINGS OF FACT
12                      MAY 31, 2006
13                       4:21 P.M.
14
15
16
17
18       BEFORE THE HONORABLE NANCY GERTNER
19       UNITED STATES DISTRICT COURT JUDGE
20
21
22
23
24                   VALERIE A. O'HARA
25                OFFICIAL COURT REPORTER
```

```
 1   A P P E A R A N C E S:

 2        United States Attorney's Office, by RACHEL E.
     HERSHFANG, ASSISTANT UNITED STATES ATTORNEY, One Courthouse
 3   Way, Suite 9200, Boston, Massachusetts  02210, for the
     United States;
 4
          ROBERT L. SHEKETOFF, ESQ., One McKinley Square, Boston,
 5   Massachusetts  02109, for the Defendant.

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

<u>FINDINGS OF FACT</u>

THE COURT: Would you please rise. I'm going to sentence you to a period of time served. Supervised release, supervised release for five years, is that right?

PROBATION OFFICER: Five years, your Honor, yes.

THE COURT: Supervised release for five years of which the first six months would be in a community corrections facility; fine of $50,000, which is due immediately. You are to notify the U.S. Attorney within 30 days of any change of mailing address that occurs while any portion of the fine remains unpaid. You're not to commit another federal, state or local crime, and you shall refrain from the unlawful use of a controlled substance. You are to submit to drug tests not to exceed 104 tests per year.

I will not impose the DNA collection requirement on the strength of Judge Keeton's recent decision concluding that that was not constitutional. You're prohibited from possessing a firearm or other dangerous weapon and are to participate in a program, continue to participate in a program for substance abuse which could include testing. You may be required to pay according to your ability to pay or the availability of third-party payment. You're to pay $100, which is due immediately.

I will accept the second amended preliminary order of forfeiture as the final order of forfeiture subject to

1   any change based on the cases that have been submitted to me
2   which I will look at, and if any changes are to be made, I
3   will make that change within 30 days of this date.  The
4   government's appellate rights are saved with respect to
5   that.
6          I accept the guideline calculation of the
7   government and of the presentence report except for the drug
8   quantity amount.  I'm accepting the presentence report.
9   Drug quantity amount which was 32 plus 3 minus 3 again is
10  32, criminal history of 1, which was a range of 87 to 108
11  months.  The departure of the sentence is because of your
12  for 1, your substantial assistance; 2, the statute requires
13  that I impose a sentence that is not greater than necessary
14  to achieve the purposes of sentencing.  When I look at you,
15  what you've done, what you've said, the people here, I don't
16  think that any more punishment apart from what I've already
17  imposed is necessary.
18          THE DEFENDANT:  Thank you.
19          THE COURT:  You have a right to appeal.  Your
20  lawyer will let you know what that consists of.  You'll hear
21  from me on the forfeiture order within the next 30 days,
22  probably the next week.  Thank you very much.
23                      - - - -
24
25