UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**    ) | |
| ) | |
| v.    ) | **Criminal No. 04-10054-NG** |
| ) | |
| **GARY MILO,**    ) | |
|     Defendant    ) | |

### NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed by the district court (Gertner, J.) on the defendant Gary Milo on May 31, 2006, and from the resulting Judgment in a Criminal Case (entered on the docket on June 29, 2006).

                                                        Respectfully submitted,

                                                        MICHAEL J. SULLIVAN
                                                        United States Attorney

                      By:    /s/   Rachel E. Hershfang
                             Rachel E. Hershfang
                             Assistant U.S. Attorney

                              Certificate of Service

     I hereby certify that on July 20, 2006, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                        /s/ Rachel E. Hershfang
                                                        Rachel E. Hershfang
                                                         Assistant U.S. Attorney