APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10054-NG-ALL

Case title: USA v. Milo  
Magistrate judge case number: 1:03-mj-00465-RBC *SEALED*

Date Filed: 02/17/2004

---

Assigned to: Judge Nancy Gertner

### Defendant

**Gary Joseph Milo** (1)  
*TERMINATED: 06/29/2006*

represented by **John H. Brazilian**  
Butters Brazilian LLP  
One Exeter Plaza  
12th Floor  
699 Boylston St.  
Boston, MA 02116  
617-367-2600  
*TERMINATED: 09/30/2004*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Robert L. Sheketoff**  
Attorney At Law  
One McKinley Square  
Boston, MA 02109  
617-367-3449  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Thomas J Butters**  
Butters Brazilian LLP  
One Exeter Plaza  
12th Floor  
699 Boylston St.  
Boston, MA 02116

617-367-2600
Fax: 617-367-1363
Email:
butters@buttersbrazilian.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

21:846 - CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE MARIJUANA
(1)

**Disposition**

\"Time Served\"; 5 Years S.R. $50,000 Fine, $100 Special Assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:846=MP.F Conspiracy to possess with intent to distribute and to distribute more than 100 kilograms of marijuana

**Disposition**

**Plaintiff**

USA

represented by **Jennifer Hay Zacks**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way

Suite 9200
Boston, MA 02210
617-748-3100
Email: jennifer.zacks@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel E. Hershfang**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3358
Email: rachel.hershfang@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2003 | 1 | SEALED COMPLAINT as to Gary Joseph Milo (1). (Smith3, Dianne)[1:03-mj-00465-RBC *SEALED*] (Entered: 11/20/2003) |
| 11/19/2003 | 2 | MOTION to Seal Case as to Gary Joseph Milo by USA. (Smith3, Dianne)[1:03-mj-00465-RBC *SEALED*] (Entered: 11/20/2003) |
| 11/19/2003 |  | Judge Robert B. Collings : Endorsement on motion ORDER entered granting [2] Motion to Seal Case as to Gary Joseph Milo (1) (Smith3, Dianne)[1:03-mj-00465-RBC *SEALED*] (Entered: 11/20/2003) |
| 11/19/2003 | 3 | Arrest Warrant Issued as to Gary Joseph Milo. (Smith3, Dianne)[1:03-mj-00465-RBC *SEALED*] (Entered: 11/20/2003) |
| 12/18/2003 | 4 | Clerk's Notes for proceedings held before Judge Robert B. Collings :Initial Appearance as to Gary Joseph Milo held on 12/18/2003...Deft. appears here after being arrested inFlorida...While in the District of Florida he agreed to |

| | | |
|---|---|---|
| | | removal and wis[1:03]hed to have his detention and preliminary exam in the district of MA. Detention and Prelim. Exam set for 12/22/03 at 2:15pm.. (Court Reporter Digital Recording.) (Catino3, Theresa)[1:03-mj-00465-RBC *SEALED*] (Entered: 12/19/2003) |
| 12/18/2003 | | Set/Reset Deadlines/Hearings as to Gary Joseph Milo : Detention Hearing set for 12/22/2003 02:15 PM before Robert B. Collings. Preliminary Examination set for 12/22/2003 02:15 PM before Robert B. Collings. (Catino3, Theresa)[1:03-mj-00465-RBC *SEALED*] (Entered: 12/19/2003) |
| 12/18/2003 | | Arrest of Gary Joseph Milo in Florida. (Catino3, Theresa) [1:03-mj-00465-RBC *SEALED*] (Entered: 12/19/2003) |
| 12/18/2003 | 5 | NOTICE OF ATTORNEY APPEARANCE: John H. Brazilian appearing for Gary Joseph Milo, filed. (Catino3, Theresa) [1:03-mj-00465-RBC *SEALED*] (Entered: 12/19/2003) |
| 12/18/2003 | 6 | NOTICE OF ATTORNEY APPEARANCE: Thomas J. Butters appearing for Gary Joseph Milo, filed. (Catino3, Theresa)[1:03-mj-00465-RBC *SEALED*] (Entered: 12/19/2003) |
| 12/19/2003 | 7 | Rule 40 Documents Received as to Gary Joseph Milo (Gawlik, Cathy)[1:03-mj-00465-RBC *SEALED*] (Entered: 12/30/2003) |
| 12/22/2003 | 11 | Clerk's Notes for proceedings held before Judge Robert B. Collings :Detention Hearing as to Gary Joseph Milo held on 12/23/2003, Preliminary Examination as to Gary Joseph Milo held on 12/23/2003. Dft.waives preliminary exam-waiver signed. Gov[1:03]'t. and defense have worked out a set of conditions of release. Since this includes posting real estate, the dft. will have to return tomorrow with the sureties so that they can be advised of their rights and all papers can be signed. (Tape #D[1:03igital.) (Smith3, Dianne) Additional attachment(s) added on 12/31/2003 (Smith3, Dianne).[1:03-mj-00465-RBC *SEALED*] (Entered: 12/31/2003) |
| 12/22/2003 | | Clerk's Notes for proceedings held before Judge Robert B. Collings : Release Hearing set for 12/23/2003 10:30 AM before Robert B. Collings. (Tape #digital.) (Smith3, Dianne) [1:03-mj-00465-RBC *SEALED*] (Entered: 12/31/2003) |
| 12/22/2003 | 12 | NOTICE OF ATTORNEY APPEARANCE: Robert L. |

| | | |
|---|---|---|
| | | Sheketoff appearing for Gary Joseph Milo (Smith3, Dianne) [1:03-mj-00465-RBC *SEALED*] (Entered: 12/31/2003) |
| 12/22/2003 | 15 | Judge Robert B. Collings : ORDER pursuant to rule 5.1, Fed.R.Crim. entered as to Gary Joseph Milo (Smith3, Dianne) [1:03-mj-00465-RBC *SEALED*] (Entered: 12/31/2003) |
| 12/23/2003 | 13 | Clerk's Notes for proceedings held before Judge Robert B. Collings :Detention Hearing as to Gary Joseph Milo held on 12/23/2003. Dft. brought in with his sureties to be released on $100,000 secured bond. Bond is signed and dft. is releas [1:03ed on conditions. (Tape #digital.) (Smith3, Dianne)[1:03-mj-00465-RBC *SEALED*] (Entered: 12/31/2003) |
| 12/23/2003 | 17 | ESCROW AGREEMENT OF SALLY A. MILO as to Gary Joseph Milo : (Smith3, Dianne)[1:03-mj-00465-RBC *SEALED*] (Entered: 12/31/2003) |
| 12/23/2003 | 18 | UNIT DEED OF SALLY MILO as to Gary Joseph Milo : (Smith3, Dianne)[1:03-mj-00465-RBC *SEALED*] (Entered: 12/31/2003) |
| 12/23/2003 | 19 | ESCROW AGREEMENT OF SANDRA A. MILO as to Gary Joseph Milo : (Smith3, Dianne)[1:03-mj-00465-RBC *SEALED*] (Entered: 12/31/2003) |
| 12/23/2003 | 20 | QUITCLAIM DEED OF SANDRA A. MILO as to Gary Joseph Milo : (Smith3, Dianne)[1:03-mj-00465-RBC *SEALED*] (Entered: 12/31/2003) |
| 12/30/2003 | 8 | Agreement to Forfeit Property as to Gary Joseph Milo located at 11 Church Street, Unit 318, Salem, Ma., (Smith3, Dianne) [1:03-mj-00465-RBC *SEALED*] Additional attachment(s) added on 6/28/2005 (Filo, Jennifer). (Entered: 12/30/2003) |
| 12/30/2003 | 9 | Agreement to Forfeit Property as to Gary Joseph Milo located at 3414 Dover Road, Pompano Beach, Fla., (Smith3, Dianne) [1:03-mj-00465-RBC *SEALED*] Additional attachment(s) added on 6/28/2005 (Filo, Jennifer). (Entered: 12/30/2003) |
| 12/30/2003 | 10 | Appearance Bond Entered as to Gary Joseph Milo in amount of $ 100,000.00, (Smith3, Dianne)[1:03-mj-00465-RBC *SEALED*] Additional attachment(s) added on 6/28/2005 (Filo, Jennifer). (Entered: 12/30/2003) |
| 12/30/2003 | 14 | WAIVER of Preliminary Examination or Hearing by Gary Joseph Milo (Smith3, Dianne)[1:03-mj-00465-RBC |

| | | |
|---|---|---|
| | | *SEALED*] (Entered: 12/31/2003) |
| 12/30/2003 | 16 | Judge Robert B. Collings : ORDER entered ORDER Setting Conditions of Release as to Gary Joseph Milo (1) Release on Personal Recognizance or Unsecured Bond. The dft. promises to appear at all proceedings as required and to surrender for service of a[1:03ny sentence imposed. (Smith3, Dianne)[1:03-mj-00465-RBC *SEALED*] (Entered: 12/31/2003) |
| 12/31/2003 | 24 | NOTICE of Withdrawal of Appearance in case as to Gary Joseph Milo. Attorney John H. Brazilian and Thomas J. Butters terminated. (Smith3, Dianne)[1:03-mj-00465-RBC *SEALED*] (Entered: 01/15/2004) |
| 01/02/2004 | 21 | SEALED DOCUMENT as to Gary Joseph Milo by USA, Gary Joseph Milo. (Smith3, Dianne)[1:03-mj-00465-RBC *SEALED*] Additional attachment(s) added on 6/28/2005 (Filo, Jennifer). (Entered: 01/05/2004) |
| 01/02/2004 | | Judge Robert B. Collings : Endorsement on motion ORDER entered ON SEALED DOCUMENT (Smith3, Dianne)[1:03-mj-00465-RBC *SEALED*] (Entered: 01/05/2004) |
| 01/02/2004 | 22 | MOTION to Seal as to Gary Joseph Milo by USA. (Smith3, Dianne)[1:03-mj-00465-RBC *SEALED*] Additional attachment(s) added on 6/28/2005 (Filo, Jennifer). (Entered: 01/05/2004) |
| 01/02/2004 | | Judge Robert B. Collings : Endorsement on motion ORDER entered granting 22 Motion to Seal as to Gary Joseph Milo (1) (Smith3, Dianne)[1:03-mj-00465-RBC *SEALED*] (Entered: 01/05/2004) |
| 01/02/2004 | 23 | Judge Robert B. Collings : ORDER entered as to Gary Joseph Milo re 21 SEALED DOCUMENT filed by USA, Gary Joseph Milo (Smith3, Dianne)[1:03-mj-00465-RBC *SEALED*] Additional attachment(s) added on 6/28/2005 (Filo, Jennifer). (Entered: 01/05/2004) |
| 01/05/2004 | 26 | RECORDED MORTGAGE as to Gary Joseph Milo (Diskes, Sheila)[1:03-mj-00465-RBC *SEALED*] (Entered: 01/28/2004) |
| 01/13/2004 | 25 | JOINT MOTION to Modify Conditions of Release as to Gary Joseph Milo by USA, Gary Joseph Milo. (Smith3, Dianne) [1:03-mj-00465-RBC *SEALED*] Additional attachment(s) added on 6/28/2005 (Filo, Jennifer). (Entered: 01/16/2004) |

| | | |
|---|---|---|
| 01/14/2004 | | Judge Robert B. Collings : endorsement on motion ORDER entered granting 25 Motion to Modify Conditions of Release as to Gary Joseph Milo (1) (Smith3, Dianne)[1:03-mj-00465-RBC *SEALED*] (Entered: 01/16/2004) |
| 02/17/2004 | 27 | INFORMATION (Felony) as to Gary Joseph Milo (1) count(s) 1, FILED. (Catino3, Theresa) Additional attachment(s) added on 6/28/2005 (Filo, Jennifer). (Entered: 02/20/2004) |
| 02/17/2004 | 28 | MOTION to Seal INFORMATION as to Gary Joseph Milo by USA. FILED.(Catino3, Theresa) Additional attachment(s) added on 6/28/2005 (Filo, Jennifer). (Entered: 02/20/2004) |
| 03/25/2004 | 29 | MOTION to schedule Plea Hearing as to Gary Joseph Milo . (Smith3, Dianne) (Entered: 03/30/2004) |
| 04/07/2004 | | Judge Nancy Gertner : Endorsement on motion ORDER entered granting [29] Motion for Hearing as to Gary Joseph Milo (1) (Smith3, Dianne) (Entered: 04/15/2004) |
| 04/14/2004 | 30 | MOTION to Modify Conditions of Release as to Gary Joseph Milo . (Smith3, Dianne) (Entered: 04/14/2004) |
| 04/14/2004 | | Judge Nancy Gertner : Endorsement on motion ORDER entered granting [30] Motion to Modify Conditions of Release as to Gary Joseph Milo (1) (Smith3, Dianne) (Entered: 04/14/2004) |
| 04/28/2004 | 31 | ASSENTED TO MOTION to Amend Conditions of Release as to Gary Joseph Milo by USA, Gary Joseph Milo. (Hurley, Virginia) Additional attachment(s) added on 6/28/2005 (Filo, Jennifer). (Entered: 04/30/2004) |
| 04/29/2004 | 32 | Clerk's Notes for proceedings held before Judge Robert B. Collings :Arraignment as to Gary Joseph Milo (1) Count 1 held on 4/29/2004. Dft. sworn: Waiver of appeal accepted...waiver of indictment filed in open court...plea agareement filed in open court...plea of guilty o count 1 of an information..plea accepted...imposed by Judge Collings..conditions of release remain the same, dft. released. Sentencing set for 10/13/2004 02:30 PM before Nancy Gertner. (Court Reporter Hagopian.) (Smith3, Dianne) Additional attachment(s) added on 6/28/2005 (Filo, Jennifer). (Entered: 05/04/2004) |
| 04/29/2004 | 33 | WAIVER OF INDICTMENT by Gary Joseph Milo (Smith3, Dianne) Additional attachment(s) added on 6/28/2005 (Filo, |

| | | |
|---|---|---|
| | | Jennifer). (Entered: 05/04/2004) |
| 04/29/2004 | 34 | Judge Nancy Gertner : ORDER entered PROCEDURAL ORDER re sentencing hearing as to Gary Joseph Milo (Smith3, Dianne) Additional attachment(s) added on 6/28/2005 (Filo, Jennifer). (Entered: 05/04/2004) |
| 04/29/2004 | 35 | SEALED PLEA AGREEMENT as to Gary Joseph Milo (Smith3, Dianne) Additional attachment(s) added on 6/28/2005 (Filo, Jennifer). Additional attachment(s) added on 6/28/2005 (Filo, Jennifer). (Entered: 05/04/2004) |
| 05/11/2004 | 36 | MOTION to Modify Conditions of Release as to Gary Joseph Milo . (Smith3, Dianne) Additional attachment(s) added on 6/28/2005 (Filo, Jennifer). (Entered: 05/12/2004) |
| 05/12/2004 | | Judge Nancy Gertner : Electronic ORDER entered granting 31 Motion to Amend as to Gary Joseph Milo (1) (Diskes, Sheila) (Entered: 05/13/2004) |
| 05/13/2004 | | Judge Nancy Gertner : Endorsement on motion ORDER entered granting 36 Motion to Modify Conditions of Release as to Gary Joseph Milo (1) (Smith3, Dianne) (Entered: 05/14/2004) |
| 05/17/2004 | 37 | DISCHARGE OF MORTGAGE as to Gary Joseph Milo (Diskes, Sheila) (Entered: 05/17/2004) |
| 09/28/2004 | 38 | MOTION to Seal as to Gary Joseph Milo by USA. (Smith3, Dianne) (Entered: 09/29/2004) |
| 09/28/2004 | 39 | MOTION to Continue sentencing for 60 days as to Gary Joseph Milo by USA. (Smith3, Dianne) (Entered: 09/29/2004) |
| 10/04/2004 | | Judge Nancy Gertner : Endorsement on motion ORDER entered granting [39] Motion to Continue as to Gary Joseph Milo (1) (Smith3, Dianne) (Entered: 10/13/2004) |
| 10/04/2004 | | Judge Nancy Gertner : Endorsement on motion ORDER entered granting [38] Motion to Seal as to Gary Joseph Milo (1) (Smith3, Dianne) (Entered: 10/13/2004) |
| 10/04/2004 | | Reset Hearings as to Gary Joseph Milo : Sentencing set for 12/20/2004 09:30 AM before Nancy Gertner. (Smith3, Dianne) (Entered: 10/13/2004) |
| 11/17/2004 | 40 | SEALED MOTION as to Gary Joseph Milo by USA. (Smith3, Dianne) (Entered: 11/19/2004) |

| | | |
|---|---|---|
| 12/16/2004 | 🌐 | Judge Nancy Gertner : Endorsement on motion ORDER entered granting [40 Sealed Motion as to Gary Joseph Milo (1) (Smith3, Dianne) (Entered: 12/17/2004) |
| 12/16/2004 | 🌐 | Reset Hearings as to Gary Joseph Milo : Sentencing set for 4/7/2005 02:30 PM before Nancy Gertner. (Smith3, Dianne) (Entered: 12/17/2004) |
| 01/12/2005 | 41 | MOTION to Seal as to Gary Joseph Miloby USA. (Smith3, Dianne) (Entered: 01/13/2005) |
| 01/12/2005 | 42 | Joint MOTION to Amend Conditions of Release as to Gary Joseph Miloby Gary Joseph Milo, USA. (Smith3, Dianne) (Entered: 01/13/2005) |
| 01/27/2005 | 🌐 | Judge Nancy Gertner : Endorsement on motionORDER entered granting 41 Motion to Seal as to Gary Joseph Milo (1) (Smith3, Dianne) (Entered: 01/27/2005) |
| 01/27/2005 | 🌐 | Judge Nancy Gertner : Endorsement on motionORDER entered granting 42 Motion to Amend as to Gary Joseph Milo (1) (Smith3, Dianne) (Entered: 01/27/2005) |
| 01/27/2005 | 43 | Judge Nancy Gertner : ORDER AMENDING CONDITIONS OF RELEASE entered. as to Gary Joseph Milo re 42 MOTION to Amend filed by USA,, Gary Joseph Milo, (Smith3, Dianne) (Entered: 01/27/2005) |
| 04/06/2005 | 🌐 | ELECTRONIC NOTICE OF RESCHEDULING SENTENCING as to Gary Joseph Milo: Sentencing RESET TO 11/15/2005 02:30 PM in Courtroom 2 before Nancy Gertner. (ausa, defense and probation notified by tel on 4/6/05) (Molloy, Maryellen) (Entered: 04/06/2005) |
| 06/13/2005 | 44 | SEALED MOTION for Partial Lifting of Seal as to Gary Joseph Miloby USA. (Smith3, Dianne) (Entered: 06/14/2005) |
| 06/14/2005 | 🌐 | Judge Nancy Gertner : Electronic ORDER entered granting [44] Motion for Partial Lifting of Seal as to Gary Joseph Milo (1) (Filo, Jennifer) (Entered: 06/21/2005) |
| 06/14/2005 | 🌐 | Case unsealed as to Gary Joseph Milo (Filo, Jennifer) (Entered: 06/27/2005) |
| 10/25/2005 | 45 | SEALED MOTION as to Gary Joseph Miloby USA. (Filo, Jennifer) (Entered: 10/31/2005) |
| 11/08/2005 | 🌐 | Judge Nancy Gertner : EndorsementORDER entered granting |

| | | |
|---|---|---|
| | | 45 Sealed Motion as to Gary Joseph Milo (1). (Filo, Jennifer) (Entered: 11/08/2005) |
| 01/30/2006 | 46 | Memorandum from Probation as to Gary Joseph Milo: re: sentencing date. (Filo, Jennifer) (Entered: 02/03/2006) |
| 02/07/2006 | 47 | MOTION for Forfeiture of Property as to Gary Joseph Miloby USA. (Attachments: # 1 Text of Proposed Order)(Zacks, Jennifer) (Entered: 02/07/2006) |
| 02/14/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Gary Joseph Milo. Sentencing RESET FROM 2/16/06 TO 3/29/2006 02:30 PM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 02/14/2006) |
| 03/06/2006 | | Judge Nancy Gertner: Electronic ORDER entered granting 47 Motion for Forfeiture of Property as to Gary Joseph Milo (1) (Filo, Jennifer) (Entered: 03/06/2006) |
| 03/06/2006 | 48 | Judge Nancy Gertner: ORDER entered;PRELIMINARY ORDER OF FORFEITURE AND MONEY JUDGMENT as to Gary Joseph Milo. (Filo, Jennifer) (Entered: 03/06/2006) |
| 03/07/2006 | 49 | NOTICE OF ATTORNEY APPEARANCE Jennifer Hay Zacks appearing for USA. (Zacks, Jennifer) (Entered: 03/07/2006) |
| 03/07/2006 | | Attorney update in case as to Gary Joseph Milo. Attorney Jennifer Hay Zacks for USA added. (Filo, Jennifer) (Entered: 03/28/2006) |
| 03/16/2006 | 50 | MOTION to Amend 48 Order for Forfeiture of Property as to Gary Joseph Miloby USA. (Attachments: # 1 Text of Proposed Order)(Zacks, Jennifer) (Entered: 03/16/2006) |
| 03/24/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Gary Joseph Milo: Sentencing RESET TO 5/9/2006 02:30 PM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 03/24/2006) |
| 04/25/2006 | 51 | MOTION for Forfeiture of Property as to Gary Joseph Miloby USA. (Attachments: # 1 Text of Proposed Order)(Zacks, Jennifer) (Entered: 04/25/2006) |
| 04/25/2006 | | Judge Nancy Gertner: Electronic ORDER entered granting 50 Motion to Amend the Preliminary Order of Forfeiture as to Gary Joseph Milo (1). (Filo, Jennifer) (Entered: 04/25/2006) |

| | | |
|---|---|---|
| 04/25/2006 | 52 | Judge Nancy Gertner: AMENDED PRELIMINARY ORDER OF FORFEITURE OF PROPERTY entered as to Gary Joseph Milo. (Filo, Jennifer) (Entered: 04/25/2006) |
| 05/04/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Gary Joseph Milo Sentencing RESET FROM 5/9/06 TO 5/31/2006 03:15 PM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 05/04/2006) |
| 05/31/2006 | 53 | SEALED NOTICE by Gary Joseph Milo. (Filo, Jennifer) (Entered: 05/31/2006) |
| 05/31/2006 | 54 | SEALED MOTION as to Gary Joseph Miloby USA. (Filo, Jennifer) (Entered: 05/31/2006) |
| 06/01/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Sentencing held on 6/1/2006 for Gary Joseph Milo (1), Count(s) 1, Dft sworn, sentence imposed. "Time Served"; 5 Years S.R. $50,000 Fine, $100 Special Assessment, Spec Cond of S.R.; no firearm, substance abuse treatment. 2nd Amended Order of Forfeiture in the amount of 9,967,500-Allowed...parties stipulate that the amt ordered is subject to change in w/in 30 days upon review of the court, court adjourned. (jgm to follow). (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 06/02/2006) |
| 06/05/2006 | 55 | SEALED MOTION as to Gary Joseph Miloby USA. (Filo, Jennifer) (Entered: 06/06/2006) |
| 06/15/2006 | 56 | Judge Nancy Gertner : SEALED ORDER re: Rule 35(a) Motion for Reconsideration entered as to Gary Joseph Milo. (Filo, Jennifer) (Entered: 06/15/2006) |
| 06/15/2006 | 57 | SEALED SENTENCING MEMORANDUM as to Gary Joseph Milo. (Filo, Jennifer) (Entered: 06/16/2006) |
| 06/28/2006 | | Judge Nancy Gertner : Electronic ORDER entered granting 51 Second Motion to Amend the Preliminary Order of Forfeiture as to Gary Joseph Milo (1). "Allowed with respect to $9,967,000." (Filo, Jennifer) (Entered: 06/29/2006) |
| 06/29/2006 | 58 | Judge Nancy Gertner : SECOND AMENDED PRELIMINARY ORDER OF FORFEITURE as to Gary Joseph Milo. (Filo, Jennifer) (Entered: 06/29/2006) |
| 06/29/2006 | 59 | Judge Nancy Gertner: ORDER entered; JUDGMENT as to Gary Joseph Milo (1), Count(s) 1, "Time Served"; 5 Years |

|  |  |  |
|---|---|---|
|  |  | S.R. $50,000 Fine, $100 Special Assessment. (Attachments: # 1 Transcript) (Filo, Jennifer) (Entered: 06/29/2006) |
| 07/13/2006 | 60 | TRANSCRIPT of Sentencing as to Gary Joseph Milo held on May 31, 2006 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/13/2006) |
| 07/20/2006 | 61 | NOTICE OF APPEAL by USA as to Gary Joseph Milo re 59 Judgment. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/9/2006. (Hershfang, Rachel) Modified on 7/24/2006 to delete filing fee (not required) (Filo, Jennifer). (Entered: 07/20/2006) |