UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | No. 04-cr-10054-NG |
| GARY J. MILO,   Defendant. | ) ) ) ) | |

**DEFENDANT'S ASSENTED TO MOTION FOR**
**DISCHARGE OF MORTGAGE (3414 DOVER ROAD)**

The Defendant, Gary J. Milo ("Milo"), requests that the Court authorize the Clerk of the United States District Court for the District of Massachusetts to acknowledge satisfaction of and issue a Discharge of Mortgage for the following:

> A Mortgage from Gary J. Milo to the Clerk of the United States District Court for the District of Massachusetts in the amount of One Hundred Thousand Dollars ($100,000), dated May 19, 2004 and recorded on May 27, 2004 with the Broward County Commission in Official Records Book 37555, Page 299, for property located at 3414 Dover Road, Pompano Beach, Florida more particularly described as Lot 19, Block 6 of the Hillsboro Shores Section A, according to the Plat thereof as recorded in Plat Book 21, Page 14 of the Public Records of Broward County, Florida.

As grounds therefor, Milo states that said Mortgage was used to secure Milo's appearance in this matter. On May 31, 2006 the Court sentenced Milo to "time served" on Count One of the Information, followed by a term of five years supervised release. The Court also imposed a $50,000 fine and ordered forfeiture in the amount of $9,967,000. On June 29, 2006, the Court preliminarily ordered 3414 Dover Road forfeited to the government as a substitute asset. The government cannot sell the property without a discharge of mortgage.

Counsel for the government, Rachel E. Hershfang, does not object to the allowance of this motion.

WHEREFORE, Milo requests that the Court allow his motion. A proposed *Order* and proposed *Discharge of Mortgage* are attached for the Court's consideration.

Respectfully submitted,
GARY J. MILO
By his attorney,

 /s/ Thomas J. Butters
Thomas J. Butters
B.B.O. No. 068260
BUTTERS BRAZILIAN LLP
One Exeter Plaza
Boston, Massachusetts 02116
617-367-2600

Dated: December 5, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

 /s/ Thomas J. Butters
Thomas J. Butters