UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
UNITED STATES OF AMERICA,           )
                                    )
v.                                  )    No. 04-cr-10054-NG
                                    )
GARY J. MILO,                       )
               Defendant.           )
                                    )
```

**DEFENDANT'S ASSENTED TO MOTION FOR**
**DISCHARGE OF MORTGAGE (11 CHURCH STREET)**

The Defendant, Gary J. Milo ("Milo"), requests that the Court authorize the Clerk

of the United States District Court for the District of Massachusetts to acknowledge

satisfaction of and issue a Discharge of Mortgage for the following:

> A Mortgage from Sally A. Milo, Trustee of the Trent Realty Trust to the
> Clerk of the United States District Court for the District of Massachusetts
> in the amount of One Hundred Thousand Dollars ($100,000), dated
> December 23, 2003 and Recorded on December 29, 2003 with the Essex
> County Registry of Deeds in Book 22236, Page 069, for the property
> located at 11 Church Street, Unit 318, Salem, Massachusetts, more
> particularly described in a deed from Sally A. Milo to Sally A. Milo,
> Trustee of the Trent Realty Trust dated January 19, 2000 and recorded
> January 25, 2000 with the Essex County Registry of Deeds in Book
> 16165, Page 307.[1]

As grounds therefor, Milo states that said Mortgage was used to secure Milo's

appearance in this matter.  On May 31, 2006 the Court sentenced Milo to "time served"

on Count One of the Information, followed by a term of five years supervised release.

The Court also imposed a $50,000 fine and ordered forfeiture in the amount of

$9,967,000.  Therefore, the mortgage is no longer necessary to secure Milo's appearance.

---

[1] The mortgage was filed in Criminal Action No. 03-MJ-0465-RBC, which is the
Magistrate Docket Number assigned to this case when it was initiated.

Counsel for the government, Rachel E. Hershfang, does not object to the allowance of this motion.

WHEREFORE, Milo requests that the Court allow his motion.  A proposed *Order* and proposed *Discharge of Mortgage* are attached for the Court's consideration.

Respectfully submitted,
GARY J. MILO
By his attorney,


 /s/ Thomas J. Butters
Thomas J. Butters
B.B.O. No. 068260
BUTTERS BRAZILIAN LLP
One Exeter Plaza
Boston, Massachusetts 02116
617-367-2600

Dated: December 5, 2006


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.


 /s/ Thomas J. Butters
Thomas J. Butters