DISCHARGE OF MORTGAGE

The Clerk of the United States District Court for the District Of Massachusetts, holder of a Mortgage from Sally A. Milo, Trustee of the Trent Realty Trust u/d/t dated January 19, 2000 and recorded January 25, 2000 with the Essex County Registry of Deeds in Book 16165, Page 303, said Mortgage dated December 23, 2003 and Recorded on December 29, 2003 with the Essex County Registry of Deeds in Book 22236, Page 069, releases and discharges said Mortgage in the original principal amount of One Hundred Thousand and 00/100 ($100,000.00) Dollars.

Property address:  11 Church Street, Unit 318, Salem MA 01947

Witness my hand and seal this _____ day of _____, 2006.

_____                    _____
Witness                                            Clerk, United States District Court,
                                                   District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS

_____, ss.                                                              _____, 2006

On this_____ day of _____, 2006, before me, the undersigned notary public, personally appeared _____, proved to me through satisfactory evidence of identification, which was ___ photographic identification with signature issued by a federal or state government agency, ___ oath or affirmation of a credible witness, ___ personal knowledge of the undersigned, to be the person whose name is signed on the preceding document, and acknowledged to me that he/she signed it voluntarily for its stated purpose.

                                                   _____
                                                   Notary Public
                                                   My commission expires:_____

Case 1:04-cr-10054-NG    Document 73-3    Filed 12/05/2006    Page 2 of 2