UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 04-cr-10054-NG |
| ) | |
| GARY J. MILO, ) | |
| Defendant. ) | |

### ORDER OF DISCHARGE OF MORTGAGE (11 CHURCH STREET)

**GERTNER, D.J.:**

WHEREAS a Mortgage on property located at 11 Church Street, Unit 318, Salem, Massachusetts in the amount of One Hundred Thousand Dollars ($100,000) was used to secure the Defendant's appearance in this case.

WHEREAS the Defendant was sentenced on May 31, 2006 to "time served" on Count One of the Information, followed by a term of five years supervised release. The Court imposed a $50,000 fine and ordered forfeiture in the amount of $9,967,000.

WHEREAS the Mortgage is no longer necessary to secure the Defendant's appearance.

IT IS ORDERED, ADJUDGED, AND DECREED:

1.    The Defendant's *Assented to Motion for Discharge of Mortgage (11 Church Street)* is ALLOWED.

2.    The Clerk of the United States District Court for the District of Massachusetts shall acknowledge satisfaction of and issue a Discharge of Mortgage for the following:

A Mortgage from Sally A. Milo, Trustee of the Trent Realty Trust to the Clerk of the United States District Court for the District of Massachusetts in the amount of One Hundred Thousand Dollars ($100,000), dated December 23, 2003 and Recorded on December 29, 2003 with the Essex County Registry of Deeds in Book 22236, Page 069, for the property located at 11 Church Street, Unit 318, Salem, Massachusetts, more particularly described in a deed from Sally A. Milo to Sally A. Milo, Trustee of the Trent Realty Trust dated January 19, 2000 and recorded January 25, 2000 with the Essex County Registry of Deeds in Book 16165, Page 307.

/s/ Nancy Gertner
NANCY GERTNER
United States District Judge

Dated: 12/12/2006