UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.   )<br>)<br>GARY J. MILO,   )<br>Defendant.   )<br>) | No. 04-cr-10054-NG |

### ORDER OF DISCHARGE OF MORTGAGE (3414 DOVER ROAD)

**GERTNER, D.J.:**

WHEREAS a Mortgage on property located at 3414 Dover Road, Pompano Beach, Florida in the amount of One Hundred Thousand Dollars ($100,000) was used to secure the Defendant's appearance in this case.

WHEREAS the Defendant was sentenced on May 31, 2006 to "time served" on Count One of the Information, followed by a term of five years supervised release. The Court imposed a $50,000 fine and ordered forfeiture in the amount of $9,967,000.

WHEREAS the Court preliminarily ordered 3414 Dover Road forfeited to the government as a substitute asset on June 29, 2006 and the government cannot sell the property without a discharge of mortgage.

IT IS ORDERED, ADJUDGED, AND DECREED:

1.   The Defendant's *Assented to Motion for Discharge of Mortgage (3414 Dover Road)* is ALLOWED

2.   The Clerk of the United States District Court for the District of Massachusetts shall acknowledge satisfaction of and issue a Discharge of Mortgage for the following:

A Mortgage from Gary J. Milo to the Clerk of the United States District Court for the District of Massachusetts in the amount of One Hundred Thousand Dollars ($100,000), dated May 19, 2004 and recorded on May 27, 2004 with the Broward County Commission in Official Records Book 37555, Page 299, for property located at 3414 Dover Road, Pompano Beach, Florida more particularly described as Lot 19, Block 6 of the Hillsboro Shores Section A, according to the Plat thereof as recorded in Plat Book 21, Page 14 of the Public Records of Broward County, Florida.

/s/ Nancy Gertner
NANCY GERTNER
United States District Judge

Dated: 12/12/2006