## DISCHARGE OF MORTGAGE

The Clerk of the United States District Court for the District Of Massachusetts, holder of a Mortgage from Gary J. Milo said Mortgage dated May 19, 2004 and Recorded on May 27, 2004 with the Broward County Commission in Official Records Book 37555, Page 299, in the original principal amount of One Hundred Thousand and 00/100 ($100,000.00) Dollars Releases and Discharges said Mortgage.

Property address:   3414 Dover Road, Pompano Beach, Florida 33062
(Lot 19, Block 6 of the Hillsboro Shores Section A, according to the Plat thereof as recorded in Plat Book 21, Page 14 of the Public Records of Broward County, Florida)

Witness my hand and seal this 13 day of December, 2006.

_____           Sarah A. Thornton
Witness                          Clerk, United States District Court,
                                 District of Massachusetts


COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                    December 13, 2006

On this 13 day of December, 2006, before me, the undersigned notary public, personally appeared Sarah A. Thornton, proved to me through satisfactory evidence of identification, which was ___ photographic identification with signature issued by a federal or state government agency, ___ oath or affirmation of a credible witness, ___ personal knowledge of the undersigned, to be the person whose name is signed on the preceding document, and acknowledged to me that he/she signed it voluntarily for its stated purpose.

_____
Notary Public
My commission expires: 12/12/08