# United States Court of Appeals
## For the First Circuit

No. 06-2185

UNITED STATES OF AMERICA,

Appellant,

v.

GARY JAMES MILO,

Defendant, Appellee.

**JUDGMENT**

Entered: October 30, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is vacated and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day.

By the Court:
Richard Cushing Donovan, Clerk

By: Margaret Carter, Chief Deputy Clerk

[Certified copies to Hon. Nancy Gertner and Ms. Sarah Thornton, Clerk, United States Court of Appeals for the First Circuit. Copies to Mr. Sheketoff, Ms. Hershfang, Ms. Zacks, & Ms. Chaitowitz.]