UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 04-10054-NG

GARY MILO,
          Defendant.

## ORDER

May 20, 2011

The defendant appeared before the Court on this date for the following violation of condition of supervised release:

**Violation of Standard Condition # 2:** **The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**

Based on the Court's determination that the defendant is in violation of the above-named condition, the defendant's term of Supervised Release has been extended for one (1) year.

So ordered: _/s/ Nancy Gertner_
Nancy Gertner
U.S. District Judge
District of Massachusetts

5/25/11
Date